NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WINEGARD COMPANY,**
*Plaintiff-Appellee,*

**v.**

**ELECTRONIC CONTROLLED SYSTEMS, INC.**
**(doing business as King Controls),**
*Defendant-Appellant.*

---

2012-1282

---

Appeal from the United States District Court for the Southern District of Iowa in case no. 09-CV-0138, Senior Judge Charles R. Wolle.

---

**JUDGMENT**

---

ROBERT V.P. WATERMAN, JR., Lane & Waterman LLP, of Davenport, Iowa, argued for plaintiff-appellee. With him on the brief was APRIL A. MARSHALL.

RANDALL T. SKAAR, Skaar Ulbrich Macari, P.A., of Minnetonka, Minnesota, argued for defendant-appellant. With him on the brief was SCOTT G. ULBRICH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 16, 2012          /s/ Jan Horbaly
Date                       Jan Horbaly
                           Clerk